IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KAHAKU,<br><br>    Plaintiff,<br><br>    v.<br><br>A. BUSTAMANTE, et al.,<br><br>    Defendants. | No. 2:18-CV-3001-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2019, the court issued findings and recommendations that this action be dismissed for lack of prosecution upon plaintiff's failure to submit documents necessary for service of process as required by the court's November 27, 2018, order. Plaintiff has filed objections to the findings and recommendations indicating his unexpected transfer to another prison resulted in his inability to comply with the court's order to submit service documents. Plaintiff's explanation is consistent with docket entries reflecting returned mail and a change of address. Good cause appearing therefor, the findings and recommendations issued on January 17, 2019, will be vacated and plaintiff will be provided additional time to comply with the court's November 27, 2018, order.

/ / /

/ / /

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on January 17, 2019 (Doc. 11), are vacated;

2. Plaintiff shall submit documents in compliance with the court's November 27, 2018, order (Doc. 6) within 30 days of the date of this order; and

3. The Clerk of the Court is directed to re-serve on plaintiff the court's November 27, 2018, order (Doc .6) and documents referenced therein.

Dated: March 26, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE